PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
DEC 29 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Brian Lashawn Booker**

**Docket No. 0:01CR00371-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Brian Lashawn Booker** who was sentenced for Possession with Intent to Distribute Cocaine Base on January 9, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-Participate in drug/alcohol treatment program
-Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall submit to mandatory drug testing and participate in substance abuse treatment and aftercare as directed by the probation office.

The defendant failed to appear for scheduled urinalysis tests on October 28 and December 9, 2006, stating that he simply forgot.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 28th day of December, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer

Executed on December 26, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
JAN 03 2007
U.S. DISTRICT COURT MPLS