Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Brian Lashawn Booker

Docket No. 01-CR-371(01)(JMR)

## HEARING WAIVER

I, Brian Lashawn Booker, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: Brian Booker

Brian Lashawn Booker
Supervised Releasee

Witness:

Dated: 12-15-06

SCANNED

U.S. DISTRICT COURT MPLS