PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JAN 11 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Brian Lashawn Booker**

**Docket No. 0:01CR00371-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Brian Lashawn Booker** who was sentenced for Possession with Intent to Distribute Cocaine Base on January 9, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program and mandatory drug testing

16 hours community service (modified December 28, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 1, 2008, Mr. Booker was arrested by Minnetonka, Minnesota, police and charged with Driving While Intoxicated-Misdemeanor.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 90 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 a.m. until 6:00 p.m. for the purposes of alcohol testing.

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

SCANNED
JAN 11 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 10th day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on January 10, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission