Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Brian Lashawn Booker

Docket No. 0:01CR00371-001

## HEARING WAIVER

I, Brian Lashawn Booker, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.
>
> The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 a.m. until 6:00 p.m. the following day for the purposes of alcohol testing.

Signed: Brian Booker

Brian Lashawn Booker

Witness:

Dated: 1-4-08

SCANNED
JAN 11 2008
U.S. DISTRICT COURT MPLS